UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-225-FL1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| KENNETH LAMONT BRONSON | |

On motion of the Defendant, Kenneth Lamont Bronson, and for good cause shown, it is hereby ORDERED that DE 17 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 28th day of August, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge