UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kenneth Lamont Bronson**                          **Docket No. 5:19-CR-225-1FL**

### Petition for Action on Supervised Release

COMES NOW C. Jordan Hagins, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kenneth Lamont Bronson, who, upon an earlier plea of guilty to Count 1- Possession With Intent to Distribute a Quantity of Cocaine, Cocaine Base, and Marijuana, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C) and Count 2- Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 9, 2021, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On January 17, 2025, President Joseph R. Biden Jr. issued an Executive Grant Order of Clemency, and the defendant's term of supervised release commenced on March 18, 2025. On September 5, 2025, the defendant's conditions of release were modified to remove substance abuse testing and treatment as a special condition due to the defendant being unable to produce his own urine as a result of receiving dialysis.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant agrees that participation in a program of cognitive behavioral treatment could be beneficial to him. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is
                                                true and correct.


/s/ Mindy L. Threlkeld                          /s/ C. Jordan Hagins
Mindy L. Threlkeld                              C. Jordan Hagins
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                150 Rowan Street Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-354-2533
                                                Executed On: March 31, 2026

### ORDER OF THE COURT

Considered and ordered this ___31st___ day of __March_____, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge